NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERRY J. WHITE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7088

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2526, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Upon consideration of Perry J. White's motion for an extension of time to file his brief,

IT IS ORDERED THAT:

The motion is granted. White's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

JUN 2 9 2010
_____                    /s/ Jan Horbaly
      Date                             Jan Horbaly
                                       Clerk

cc:  Perry J. White (Informal Brief Form Enclosed)
     Antonia R. Soares, Esq.

s21


**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 9 2010

**JAN HORBALY**
**CLERK**